UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**MELVIN SHELTON,**
                **Plaintiff,**

v.                                                           **Case No. 15-cv-766**

**DEPARTMENT OF VETERAN AFFAIRS,**
                **Defendant.**
_____

## ORDER

      Pro se plaintiff Melvin Shelton filed this action against defendant the Department of Veteran Affairs alleging that defendant improperly withheld his veteran benefits. Defendant filed a motion to dismiss, but shortly after plaintiff filed his own motion to dismiss, asking that I dismiss his case without prejudice due to mental health issues and to give him an opportunity to exhaust administrative remedies. Defendant has not objected; therefore, I will grant plaintiff's motion to dismiss without prejudice. *See* Fed. R. Civ. P. 41(1)(2).

      **THEREFORE, IT IS ORDERED** that plaintiff's motion to dismiss without prejudice (ECF No. 8) is **GRANTED**.

      **IT IS FURTHER ORDERED** that defendant's motion to dismiss (ECF No. 4) is **DENIED** as **moot**.

      **IT IS FURTHER ORDERED** that plaintiff's motion for default judgment (ECF No. 7) is **DENIED** as **moot**.

      Dated at Milwaukee, Wisconsin, this 25th day of November, 2015.

                                                                             s/ Lynn Adelman

                                                                             _____
                                                                             LYNN ADELMAN
                                                                             District Judge